PROB 12B
(7/93)

Report Date: January 9, 2006

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Saul Edmundo Chavarin | Case Number: 2:00CR06019-001 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

| | |
|---|---|
| Date of Original Sentence: 10/12/2001 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Distribute over 1,000 kilograms of Marijuana, 21 U.S.C. § 841(a)(1) and 846 | Date Supervision Commenced: 07/29/2004 |
| Original Sentence: Prison - 51 Months; TSR - 60 Months | Date Supervision Expires: 07/28/2009 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 4 tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

In order to comply with the finding in US v. Stephens (9th Cir. 2005), the supervising U.S. Probation Officer in the Central District of California requests the above modification.

Respectfully submitted,

by  /s/ Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer
Date: January 9, 2006

Case 2:00-cr-06019-EFS    Document 48    Filed 01/11/06

Prob 12B
Re: Chavarin, Saul Edmundo
January 9, 2006
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

1/10/06
_____
Date